JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vizio Inc.,<br><br>    Plaintiff,<br><br> -v-<br><br>Coby Electronics Corp., et al.<br><br>    Defendants. | Case 8: CV 11-783-DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

  Pursuant to the stay pending the determination of the Commission in the ITC, all current deadlines and hearings are vacated.

  IT IS THEREFORE ORDERED that this action is stayed and removed from the Court's active calendar. Counsel shall inform this Court when the matter needs to be re-opened.

DATED: December 8, 2011

_____
DAVID O. CARTER
United States District Judge